IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>*LaVerne Boyko and Betty Boyko,*<br><br>*v.*<br><br>*Actavis, Inc., et al.* | Case No: 1:14-cv-07913 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, with the parties to bear their own costs.

Dated: December 22, 2017

| | |
|---|---|
| */s/ David J. Diamond*<br>David J. Diamond<br>GOLDBERG & OSBORNE<br>698 E. Wetmore Road, Suite 200<br>Tucson, AZ 85705<br>Phone: (520) 620-3975<br>Fax: (520) 620-3991<br>Email: ddiamond@goldbergandosborne.com<br><br>***Counsel for Plaintiff*** | */s/ Jeffrey D. Geoppinger*<br>Jeffrey D. Geoppinger<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Phone: (513) 698-5000<br>Fax: (513) 698-5001<br>Email: jgeoppinger@ulmer.com<br><br>***Counsel for Defendant Actavis, Inc. (n/k/a Allergan Finance, LLC)*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Jeffrey D. Geoppinger*